UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-MJ-2047-MBB |
| ) | |
| JESUS REYES ) | |

## DISMISSAL OF COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the complaint in this matter, charging **JESUS REYES** with possession with intent to distribute 40 grams or more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi). In support of this dismissal, the government states that **JESUS REYES** passed away on or about July 19, 2020, and thus the dismissal is in the interests of justice.

Respectfully submitted,

Dated: July 27, 2020

ANDREW E. LELLING
United States Attorney

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant U.S. Attorney

Leave to File Granted:

HON. MARIANNE B. BOWLER
United States Magistrate Judge

Date: July 29, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant United States Attorney

Date: July 28, 2020